### JOSHUA M. MACOMBER *vs.* JOHN R. JAFFRAY & others.

A citizen of another state, or of a foreign country, will not be ordered to bring an action to try his title to real estate in this commonwealth, on the petition of a party in possession, under *St.* 1852, *c.* 312, § 52.

PETITION under *St.* 1852, *c.* 312, § 52, by one in possession, claiming an estate of freehold, in a certain messuage, described, in Northampton, averring that the members of the firm of J. R. Jaffray & Sons, two " of London in the county of Middlesex and kingdom of Great Britain," and the other two " of the city, county and state of New York," " make some claim adverse to the estate of the petitioner in the above described real estate," and praying that they " may be summoned to show cause why they should not bring an action to try their alleged title, if any they may have, and for such other orders, decree, process and relief as law and justice may require."

* DEWEY, J. did not sit in this case.

*D. Aiken*, for the petitioner, moved for an order of notice returnable at the next May term at Northampton.

BY THE COURT. It is the well settled practice under *Sts.* 1851, *c.* 233, § 66, and 1852, *c.* 312, § 52, not to compel a party residing out of the Commonwealth to bring a suit in the state courts. To issue such an order to a foreigner or citizen of another state, not being personally subject to the jurisdiction of this court, would seem to be useless, as any judgment on the petition would not operate upon the estate; and if it could be carried into effect, in any way, it would deprive the respondent of the election to sue in the circuit court of the United States.

*Petition dismissed.*